# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
May 14, 2026

Lyle W. Cayce
Clerk

No. 25-50599
Summary Calendar

─────────────

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

DAONTAE NATHANIEL HALE,

*Defendant—Appellant*.

───────────────────────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:22-CR-138-1

───────────────────────────────

Before JONES, DUNCAN, and DOUGLAS, *Circuit Judges*.

PER CURIAM:[*]

Daontae Nathaniel Hale appeals his conviction for conspiracy to transport illegal aliens, arguing that the district court erred by denying his motion to suppress evidence. We affirm.

Hale shows no clear error in the district court's factual findings. *See United States v. Lopez-Moreno*, 420 F.3d 420, 429 (5th Cir. 2005); *United*

─────────────────────

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-50599

*States v. McKinnon*, 681 F.3d 203, 207 (5th Cir. 2012).  And the totality of the evidence, viewed in the light most favorable to the Government, sufficed to give the Border Patrol agent a particularized and objective basis for suspecting that Hale was engaged in alien smuggling.  *See United States v. Arvizu*, 534 U.S. 266, 273 (2002); *United States v. Brignoni-Ponce*, 422 U.S. 873, 884 (1975); *United States v. Cantu*, 230 F.3d 148, 150 (5th Cir. 2000).  Therefore, the district court properly denied the motion to suppress.  *See Lopez-Moreno*, 420 F.3d at 429.

Accordingly, the judgment is AFFIRMED.